IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-150-CMA-SKC

CLIFTON WILLMENG,

      Plaintiff,

v.

CITY OF LAFAYETTE, COLORADO;
CHRISTINE BERG, in her individual capacity,

      Defendants.

___

**STIPULATED MOTION FOR ENTRY OF ORDER
REGARDING ATTORNEY'S FEES AND COSTS**
___

The Parties, by and through their respective undersigned counsel of record, hereby move this Court for an Order regarding Plaintiff's counsel's fees and costs, and in support thereof, state as follows:

1. On March 5, 2019, Plaintiff filed a Notice with the Court that he was accepting Defendants' Offer of Judgment. [Doc. #19].

2. The Offer of Judgment was "in the total amount of $5,000.00 (five thousand dollars), plus reasonable attorney's fees and costs accrued to date as determined pursuant to 42 U.S.C. §1988 and Federal Rule of Civil Procedure 54(d)." [Doc. #19-1].

3. This Court entered judgment on March 7, 2019 [Doc. 20] and ordered Plaintiff to file a Motion for Attorneys' Fees on or before April 8, 2019.

4. Counsel have conferred regarding Plaintiff's counsel's attorney rates and fees, and have stipulated to both the hourly rates and the number of hours claimed.[1] The parties stipulate that the following hourly rates are reasonable given that the rates below reflect the rates Plaintiff's counsel charges their hourly clients and "what lawyers of comparable skill and experience practicing in the area in which the litigation occur[ed] would charge for their time." *Ramos v. Lamm*, 713 F.2d 546, 555 (1983); *see also Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). These rates have been approved by other courts. The parties also stipulate to the following number of hours expended by Plaintiff's counsel on this matter given the totality of circumstances.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Andrew McNulty | 27.4 | $375 | $10,275.00 |
| Darold W. Killmer | 2.33 | $650 | $1,514.50 |
| David Lane | .63 | $650 | $409.50 |
| Mari Newman | .6 | $600 | $360.00 |
| Tania Valdez | 4.3 | $425 | $1,827.50 |
| Jesse Askeland | 2.9 | $160 | $464.00 |
| **Grand Total** | 38.16 | - | **$14,850.50** |

5. Based upon this stipulation, the Parties respectfully request that this Court enter an Order, in the form attached hereto as **Exhibit 2**, for attorney's fees in the amount of **$14,850.50**.

---

[1] Plaintiff's counsel's timesheets are attached hereto as **Exhibit 1**.

6. Plaintiff has claimed costs in the amount of **$522.40**.[2] The parties have stipulated that these costs are reasonable.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed order regarding attorney's fees.

Respectfully submitted this 22nd day of March 2019.

| | |
|---|---|
| *s/ Andy McNulty* | *s/ Michiko Brown* |
| _____ | _____ |
| Andrew McNulty | Michiko Brown |
| Darold W. Killmer | Kevin Chen |
| Tania Valdez | Davis Graham & Stubbs |
| KILLMER, LANE & NEWMAN, LLP | 1550 17th Street, Suite 500 |
| 1543 Champa Street, Suite 400 | Denver, CO 80202 |
| Denver, CO 80202 | 303.892.7229 |
| amcnulty@kln-law.com | 303.893.1379 fax |
| dkillmer@kln-law.com | Miko.Brown@dgslaw.com |
| tvaldez@kln-law.com | kevin.chen@dgslaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

---

[2] Invoices attached hereto as **Exhibit 3**.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, a true and correct copy of the above and foregoing was filed via CM/ECF, which will send notification to the following:

Michiko Brown
Kevin Chen
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO 80202
303.892.7229
303.893.1379 fax
Miko.Brown@dgslaw.com
kevin.chen@dgslaw.com

                                    KILLMER, LANE & NEWMAN, LLP

                                    *s/ Jesse Askeland*
                                    _____
                                    Jesse Askeland