| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/3/2018 | Andy McNulty | PC: Client | 0.28 | $375.00 | $105.00 |
| 10/5/2018 | Andy McNulty | Research 1A Social Media Caselaw (including *Knight, Davison, Leuthy, Dingwell, Page, Price, Garnier, German* ) | 4.06 | $375.00 | $1,522.50 |
| 10/6/2018 | Andy McNulty | Meeting with Client | 0.7 | $375.00 | $262.50 |
| 10/7/2018 | Andy McNulty | Draft: Complaint | 1.54 | $375.00 | $577.50 |
| 10/8/2018 | Andy McNulty | Conference With Darold Killmer And David Lane | 0.63 | $375.00 | $236.25 |
| 10/8/2018 | Andy McNulty | Draft: Complaint | 3.36 | $375.00 | $1,260.00 |
| 10/8/2018 | Andy McNulty | Compile: Facebook Screenshots | 0.49 | $375.00 | $183.75 |
| 10/11/2018 | Andy McNulty | Conference With Tania Valdez Re: Case | 0.56 | $375.00 | $210.00 |
| 10/11/2018 | Andy McNulty | Revise: Complaint | 2.24 | $375.00 | $840.00 |
| 10/12/2018 | Andy McNulty | Review/Incorporate: Tania Valdez Complaint Edits | 0.84 | $375.00 | $315.00 |
| 10/12/2018 | Andy McNulty | Phone Conference With Client | 0.7 | $375.00 | $262.50 |
| 1/14/2019 | Andy McNulty | Review: *Davison v. Randall* | 0.4 | $375.00 | $150.00 |
| 1/14/2019 | Andy McNulty | Phone Conference With Client | 0.6 | $375.00 | $225.00 |
| 1/16/2019 | Andy McNulty | Conference With Darold Killmer Re: Complaint | 0.7 | $375.00 | $262.50 |
| 1/16/2019 | Andy McNulty | Conference With Mari Newman Re: Complaint | 0.2 | $375.00 | $75.00 |
| 1/16/2019 | Andy McNulty | Draft/Revise Complaint | 2.3 | $375.00 | $862.50 |
| 1/16/2019 | Andy McNulty | Phone Conference With Client | 1 | $375.00 | $375.00 |
| 1/16/2019 | Andy McNulty | Compile Complete Facebook Screenshots of Defendant's Page | 1.5 | $375.00 | $562.50 |
| 1/17/2019 | Andy McNulty | Revise Complaint | 0.6 | $375.00 | $225.00 |
| 1/17/2019 | Andy McNulty | Conference With Jesse Askeland Re: Filing Of Complaint | 0.4 | $375.00 | $150.00 |
| 1/17/2019 | Andy McNulty | Review ECF Filings | 0.1 | $375.00 | $37.50 |
| 1/19/2019 | Andy McNulty | Review: *One Wisconsin Now v. Jesse Kremer* | 0.5 | $375.00 | $187.50 |
| 1/24/2019 | Andy McNulty | Conference With Jesse Askeland Re: Service of Complaint | 0.2 | $375.00 | $75.00 |
| 1/27/2019 | Andy McNulty | Conference With Client | 0.2 | $375.00 | $75.00 |
| 1/28/2019 | Andy McNulty | Phone Conference With Client | 0.5 | $375.00 | $187.50 |
| 2/12/2019 | Andy McNulty | Phone Conference With Kevin Chen | 0.1 | $375.00 | $37.50 |
| 2/14/2019 | Andy McNulty | Review Proposed Unopposed Motion to Extend Time to Respond And Waiver of Service | 0.3 | $375.00 | $112.50 |
| 2/14/2019 | Andy McNulty | Review ECF Filings | 0.1 | $375.00 | $37.50 |
| 2/19/2019 | Andy McNulty | Review ECF Filings | 0.1 | $375.00 | $37.50 |
| 2/20/2019 | Andy McNulty | Review ECF Filings | 0.1 | $375.00 | $37.50 |
| 2/20/2019 | Andy McNulty | Review Offer of Judgement/Settlement | 0.2 | $375.00 | $75.00 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/20/2019 | Andy McNulty | Conference with Darold Killmer Re: Offer of Judgment/Settlement | 0.3 | $375.00 | $112.50 |
| 2/20/2019 | Andy McNulty | Conference with Jesse Askeland Re: Offer of Judgment/Settlement | 0.2 | $375.00 | $75.00 |
| 2/20/2019 | Andy McNulty | Conference with Tani Valdez Re: Offer of Judgment/Settlement | 0.2 | $375.00 | $75.00 |
| 2/20/2019 | Andy McNulty | Conference with Mari Newman Re: Offer of Judgment/Settlement | 0.2 | $375.00 | $75.00 |
| 2/20/2019 | Andy McNulty | Phone Conference With Client | 1 | $375.00 | $375.00 |
| *** | *** | **Grand Total** | **27.4** | **$375.00** | **$10,275.00** |

| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/8/2018 | Darold Killmer | Conference With Andy McNulty And David Lane | 0.63 | $650.00 | $409.50 |
| 1/14/2019 | Darold Killmer | Legal analysis re: developments in 1st Amendment & social media law; Davison v. Randall (4th Cir.) and developments in other circuits | 0.7 | $650.00 | $455.00 |
| 1/16/2019 | Darold Killmer | Conference With Andy McNulty Re: Complaint | 0.7 | $650.00 | $455.00 |
| 2/20/2019 | Darold Killmer | Conference with Andy McNulty Re: Offer of Judgment/Settlement; review pleadings, strategy. | 0.3 | $650.00 | $195.00 |
| *** | *** | Grand Total | 2.33 | $650.00 | $1,514.50 |

Darold Killmer Time Sheet					Willmeng v. Lafayette, et al.

| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/8/2018 | David Lane | Meeting With DWK And AM | 0.63 | $650.00 | $409.50 |
| *** | *** | **Grand Total** | **0.63** | **$650.00** | **$409.50** |

David A. Lane Time Sheet                              Willmeng v. Lafayette, et al.

| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 1/16/2019 | Mari Newman | Conference with Any McNulty re Complaint; file review | 0.4 | $600.00 | $240.00 |
| 2/20/2019 | Mari Newman | Conference with Andy McNulty re strategy, valuation, offer of judgment | 0.2 | $600.00 | $120.00 |
| *** | *** | Grand Total | 0.6 | $600.00 | $360.00 |

Mari Newman Time Sheet                              Willmeng v. Lafayette, et al.

| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/11/2018 | Tania Valdez | Conference With Andy McNulty Re: Case | 0.56 | $425.00 | $238.00 |
| 10/11/2018 | Tania Valdez | Review/Edit Complaint | 1.54 | $425.00 | $654.50 |
| 10/12/2018 | Tania Valdez | Phone Conference With Client | 0.7 | $425.00 | $297.50 |
| 1/16/2019 | Tania Valdez | Review Complaint/ECF Filings | 1.3 | $425.00 | $552.50 |
| 2/20/2019 | Tania Valdez | Conference with Andy McNulty Re: Offer of Judgment/Settlement | 0.2 | $425.00 | $85.00 |
| *** | *** | **Grand Total** | 4.3 | $425.00 | $1,827.50 |

Tania Valdez Time Sheet                                    Willmeng v. Lafayette, et al.

| Date | Time Keeper | ACTIVITY & DESCRIPTION | Time | Rate | Total |
|---|---|---|---|---|---|
| 1/17/2019 | Jesse Askeland | Final Review of Complaint, draft civil cover sheet, file in district court, download, file EOA for TV | 1.1 | $160.00 | $176.00 |
| 1/25/2019 | Jesse Askeland | Draft summons, file with court, download clerk's copies, research re service location, contact and send to process server for personal service | 0.8 | $160.00 | $128.00 |
| 2/8/2019 | Jesse Askeland | File affidavits of service | 0.2 | $160.00 | $32.00 |
| 2/12/2019 | Jesse Askeland | Draft waiver of service for Berg, send to Chen | 0.3 | $160.00 | $48.00 |
| 2/20/2019 | Jesse Askeland | Download setting order, calendar all pre-scheduling conference deadlines, email to client | 0.5 | $160.00 | $80.00 |
| *** | *** | **Grand Total** | **2.9** | **$160** | **$464.00** |

Jesse Askeland Time Sheet                                              Willmeng v. Lafayette, et al.